UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| RIMONA GROUP, LLC, | § | |
|     *Plaintiff,* | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:16-cv-02417 |
| | § | |
| SENTINEL INSURANCE COMPANY, LTD., | § | |
| | § | |
|     *Defendant.* | § | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Rimona Group, LLC, ("Plaintiff") and Defendant Sentinel Insurance Company, Ltd. ("Defendant"), being all of the parties to the above referenced action that have appeared herein, jointly announce to the Court that the above-referenced case has been settled. Accordingly, pursuant to Rule 41 of the Federal Rules of Civil Procedure, the parties jointly stipulate to the dismissal of this action with prejudice, with each party bearing its own costs and fees incurred.

A proposed order approved by all counsel is submitted herewith.

    Respectfully submitted,

    CHILDRESS LOUCKS & PLUNKETT

    _____
    Scott Green
    Illinois Bar No. 6312940
    Andrew Plunkett
    State Bar No. 24068747
    500 N. Dearborn St., Suite 1200
    Chicago, IL 60654
    Telephone:    312-494-9365
    Email:    sgreen@childresslawyers.com
            aplunkett@childresslawyers.com

PLUMMER | RAVAL

James C. Plummer
State Bar No. 16075700
4203 Montrose Blvd., Suite 270
Houston, Texas 77006
Telephone:    713-522-2887
Facsimile:    713-522-3605
Email:    jplummer@plummerlawyers.com
**ATTORNEYS FOR PLAINTIFF**


*/s/Laura Grabouski*
Laura Grabouski
State Bar No: 24031595
Brittan L. Buchanan
State Bar No: 03285680
**BUCHANAN DIMASI DANCY & GRABOUSKI LLP**
9600 Great Hills Trail, Suite 300 West
Austin, Texas 78759
Telephone:    512-225-2800
Facsimile:    512-225-2801
Email:    lgrabouski@bddglaw.com
          bbuchanan@bddglaw.com
**ATTORNEYS FOR DEFENDANT**