United States District Court
Southern District of Texas
**ENTERED**
March 14, 2017
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| RIMONA GROUP, LLC, § | |
|     Plaintiff, § | |
| § | |
| v. § | CIVIL ACTION NO. H-16-2417 |
| § | |
| SENTINEL INSURANCE § | |
| COMPANY, LTD., § | |
|     Defendant. § | |

### **ORDER**

Pursuant to the parties' Joint Stipulation of Dismissal [Doc. # 20], it is hereby

**ORDERED** that this case is **DISMISSED WITH PREJUDICE**, each party to bear its own costs and fees.

SIGNED at Houston, Texas, this 14th day of **March, 2017.**

_____
NANCY F. ATLAS
SENIOR UNITED STATES DISTRICT JUDGE

P:\ORDERS\11-2016\2417DO.wpd   170314.1314